# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **LADELL PHILLIPS, as Executor of the Estate of DAMON HENDERSON,** )<br>)<br>)<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>**OFFICER THARP, et al.,**  )<br>)<br>)<br>)<br>Defendants.  ) | **Case No. CIV-24-053-RAW-JAR** |

## ORDER

Before the court is the Report and Recommendation of the United States Magistrate Judge, in which he recommended that defendant Larry Crossland's motion to dismiss in his individual capacity be granted.

No objection has been filed and the time allotted for doing so has expired. "In the absence of a timely objection, the district court may review a magistrate's report under any standard it deems appropriate." *Summers v. Utah,* 927 F.2d 1165, 1167 (10th Cir.1991). The court agrees with the reasoning of the Magistrate Judge's analysis and recommendation and finds that "there is no clear error on the face of the record." *See* Rule 72(b) F.R.Cv.P., advisory committee note.

It is the order of the court that the Report and Recommendation (#52) is affirmed and adopted as the order of the court. The motion of Larry Crossland (#46) to dismiss in his individual capacity is granted. Plaintiff's claims against defendant Larry Crossland in his individual capacity are dismissed.

**IT IS SO ORDERED** this 12th day of FEBRUARY, 2026.

_____
**RONALD A. WHITE**
**UNITED STATES DISTRICT JUDGE**